REITLER BROWN & ROSENBLATT LLC
Craig J. Albert, Esq. (CA-0495)
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 209-3050

*Attorneys for Defendant Zoltek Companies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
SCOTT MACON SECURITIES, INC.,

Plaintiff, 04 CV 2124 (MBM)

-against-

ZOLTEK COS., INC., **NOTICE OF MOTION**

Defendant.
--------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed Affidavit of Gerald M. Dunne, sworn to October 20, 2004, the undersigned will move this Court, before the Hon. Michael B. Mukasey, a United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be fixed by the Court, for an Order admitting Gerald M. Dunne to the bar of this Court *pro hac vice.*

Dated: New York, New York
October 20, 2004

REITLER BROWN & ROSENBLATT LLC

By: /s/ Craig J. Albert
Craig J. Albert, Esq. (CA-0495)
Attorneys for Defendant
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 209-3050

REITLER BROWN & ROSENBLATT LLC
Craig J. Albert, Esq. (CA-0495)
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 209-3050

*Attorneys for Defendant Zoltek Companies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SCOTT MACON SECURITIES, INC.,

Plaintiff,

-against-

ZOLTEK COS., INC.,

Defendant.

-------------------------------------------------------------------x

04 CV 2124 (MBM)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

GERALD M. DUNNE, being duly sworn, deposes and says:

1. I make this affidavit in support of my application for admission to the bar of this Court *pro hac vice*, pursuant to Local Civil Rule 1.3(c).

2. I am a member in good standing of the bars of the states of Missouri and Illinois. Copies of current certificates of good standing are annexed hereto as Exhibit A. I am a member of the law firm of Kodner, Watkins, Mutchnick, Dunne & Weigley, L.C. My business address is Old Town Executive Office Building, 168 N. Meramec Avenue, Suite 200, St. Louis, Missouri 63105-3758. My telephone number is (314) 727-9111.

3. I am admitted to practice before the United States District Courts for the Eastern District of Missouri, the Western District of Missouri and the Southern District of Illinois.

4. I attended the University of Missouri Law School, from which I graduated in 1979.

5. I have read, and am familiar with, the provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal Rules of Civil Procedure; the Federal Rules of Criminal Procedure; the Federal Rules of Evidence; the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and the New York State Lawyer's Code of Professional Responsibility. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

6. I have never been held in contempt of court.

7. I have never been censured, suspended or disbarred by any court.

Gerald M. Dunne

Sworn to before me this
20 day of October 2004

Notary Public

CRAIG J. ALBERT
Notary Public, State of New York
No. 02AL6076465
Qualified in New York County
Commission Expires June 24, 20 06

# EXHIBIT A

# *The Supreme Court of Missouri*

UNITED WE STAND DIVIDED WE FALL
SALUS POPULI SUPREMA LEX ESTO
MDCCCXX

## *Certificate of Admission as an Attorney at Law*

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 1, 1979,

## *Gerald Michael Dunne*

duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 12th day of October, 2004,

Thomas Simon

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Gerald Michael Dunne

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 1, 1980 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, October 12, 2004.

Juleann Hornyak

Clerk

CERTIFICATE OF SERVICE

I, Craig J. Albert, hereby certify that on the 20th day of October, 2004, I caused a true and correct copy of the within NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE to be served on the parties listed below by personal delivery, by handing it to Joseph Shumofsky:

Stewart Aaron, Esq.
Joseph Shumofsky, Esq.
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10177

*Attorneys for Plaintiff*

Craig J. Albert