Stewart D. Aaron (SA 1276)
Joseph B. Shumofsky (JS 2147)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Plaintiff SCOTT-MACON SECURITIES, INC. and
Defendant SCOTT-MACON, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- X

SCOTT-MACON SECURITIES, INC.,

Plaintiff,

Civ. No. 04 CV 2124 (MBM)

-v-

ZOLTEK COMPANIES, INC.,

Defendant.

--------------------------------------------------- X

ZOLTEK COMPANIES, INC.,

Plaintiff,

Civ. No. 04 CV 4896 (MBM)

-v-

SCOTT-MACON LIMITED,

Defendant.

--------------------------------------------------- X

**AMENDED DECLARATION OF STEWART D. AARON IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF PLAINTIFF SCOTT-MACON SECURITIES, INC. AND DEFENDANT SCOTT-MACON, LTD.**

I, Stewart D. Aaron, Esq., declare as follows:

1. I am a member of the law firm of Dorsey & Whitney LLP, attorneys for the plaintiff Scott-Macon Securities, Inc. in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM), and for the defendant Scott-Macon, Ltd. in Zoltek Companies, Inc. v. Scott-Macon, Ltd., No. 04 CV 4896 (MBM). This declaration and the attached exhibits are

submitted in support of Scott-Macon Securities, Inc.'s and Scott-Macon, Ltd.'s motions for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the deposition of Alfred L. Scott.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript from the deposition of Allan M. Benton.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript from the deposition of Jeffrey M. Tepper and certain exhibits offered at that deposition.

5. Attached hereto as Exhibit D is a true and correct copy of the transcript from the deposition of Zsolt Rumy and certain exhibits offered at that deposition.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript from the deposition of Kevin Schott and certain exhibits offered at that deposition.

7. Attached hereto as Exhibit F is a true and correct copy of the transcript from the deposition of Michel A. Amsalem and certain exhibits offered at that deposition.

8. Attached hereto as Exhibit G is a true and correct copy of the transcript from the deposition of Bruce Bernstein.

9. Attached hereto as Exhibit H is a true and correct copy of the transcript from the deposition of Richard Scott Bader and certain exhibits offered at that deposition.

10. Attached hereto as Exhibit I are excerpts from the public website of Zoltek Companies, Inc., www.Zoltek.com.

11. Attached hereto as Exhibit J is a true and correct copy of the contract that Zoltek executed with Equiplace on or about July 2003 that Zoltek Companies, Inc. produced during discovery.

12. Attached hereto as Exhibit K are portions of Zoltek Companies, Inc.'s 10-K filed with the SEC relating to the $7 million financing that closed in December 2003.

13. Attached hereto as Exhibit L is a true and correct copy of Scott-Macon Securities, Inc.'s Complaint in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM).

14. Attached hereto as Exhibit M is a true and correct copy of Zoltek Companies, Inc.'s Answer and Counterclaims in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM).

15. Attached hereto as Exhibit N is a true and correct copy of Scott-Macon Securities, Inc.'s Reply to Answer and Counterclaims and Counterclaims in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM).

16. Attached hereto as Exhibit O is a true and correct copy of Zoltek Companies, Inc.'s Reply to Counterclaim for Indemnification in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM).

17. Attached hereto as Exhibit P is a true and correct copy of Zoltek Companies, Inc.'s First Amended Petition (Complaint) in Zoltek Companies, Inc. v. Scott-Macon, Ltd., No. 04 CV 4896 (MBM).

18. Attached hereto as Exhibit Q is a true and correct copy of Scott-Macon, Ltd.'s Answer to First Amended Petition and Counterclaim in Zoltek Companies, Inc. v. Scott-Macon, Ltd., No. 04 CV 4896 (MBM).

19. Attached hereto as Exhibit R is a true and correct copy of Judge Stephen N. Limbaugh's decision, dated June 2, 2004, transferring the Missouri action to this Court.

20. Attached hereto as Exhibit S is a true and correct copy of a January 12, 2004 email from Allan M. Benton of Scott-Macon Securities, Inc. to Zsolt Rumy of Zoltek

Companies, Inc. that Scott-Macon Securities, Inc. produced during discovery, bates marked SMS 4638.

Signed under the penalties of perjury, this 6th day of December 2004 in New York, New York.

/s/

STEWART D. AARON