Joseph B. Shumofsky (JS 2147)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Plaintiff SCOTT-MACON SECURITIES, INC. and
Defendant SCOTT-MACON, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X

SCOTT-MACON SECURITIES, INC.,

Plaintiff,

Civ. No. 04 CV 2124 (MBM)

-v-

ZOLTEK COMPANIES, INC.,

Defendant.

---------------------------------------------------- X

ZOLTEK COMPANIES, INC.,

Plaintiff,

Civ. No. 04 CV 4896 (MBM)

-v-

SCOTT-MACON LIMITED,

Defendant.

---------------------------------------------------- X

**DECLARATION OF JOSEPH B. SHUMOFSKY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF PLAINTIFF SCOTT-MACON SECURITIES, INC. AND DEFENDANT SCOTT-MACON, LTD.**

I, Joseph B. Shumofsky, Esq., declare as follows:

1. I am associated with the law firm of Dorsey & Whitney LLP, attorneys for the plaintiff Scott-Macon Securities, Inc. in Scott-Macon Securities, Inc. v. Zoltek Companies, Inc., No. 04 CV 2124 (MBM), and for the defendant Scott-Macon, Ltd. in Zoltek Companies, Inc. v. Scott-Macon, Ltd., No. 04 CV 4896 (MBM). This declaration and the attached exhibits are

submitted in support of Scott-Macon Securities, Inc.'s and Scott-Macon, Ltd.'s motions for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of a September 17, 2003 email from Allan M. Benton of Scott-Macon Securities, Inc. to Zsolt Rumy of Zoltek Companies, Inc. that Scott-Macon Securities, Inc. produced during discovery, bates marked SMS 577 and which is Exhibit 1 of the Schott Deposition.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Allan M. Benton in Support of Motions for Summary Judgment of Plaintiff Scott-Macon Securities, Inc. and Defendant Scott-Macon, Ltd., and an exhibit attached thereto.

4. Attached hereto as Exhibit C is a true and correct copy of Zoltek Companies, Inc.'s motion for leave to file a second amended complaint, attaching Zoltek's Proposed Second Amended Complaint, in the Transferred Action.

5. Attached hereto as Exhibit D is a true and correct copy of Scott-Macon, Ltd.'s Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint in the Transferred Action.

Signed under the penalties of perjury, this 6th day of December 2004 in New York, New York.

/s/

JOSEPH B. SHUMOFSKY