Joseph B. Shumofsky (JS 2147)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Stewart D. Aaron (SA 1276)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

Attorneys for SCOTT-MACON SECURITIES, INC. and
SCOTT-MACON, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

SCOTT-MACON SECURITIES, INC.,

Plaintiff,

Civ. No. 04 CV 2124 (MBM)

-v-

ZOLTEK COMPANIES, INC.,

Defendant.

------------------------------------------------------ X

ZOLTEK COMPANIES, INC.,

Plaintiff,

Civ. No. 04 CV 4896 (MBM)

-v-

SCOTT-MACON LIMITED,

Defendant.

------------------------------------------------------ X

**DECLARATION OF JOSEPH B. SHUMOFSKY**

I, Joseph B. Shumofsky, Esq., declare as follows:

1. I am a associated with the law firm of Dorsey & Whitney LLP, co-counsel for the Scott-Macon Securities, Inc. and Scott-Macon, Ltd. in the above-captioned matters. This

declaration and the attached exhibit is submitted in support of Scott-Macon Securities, Inc.'s and Scott-Macon, Ltd.'s Post-Trial Memorandum Addressing Damages.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the November 21, 2005 trial before this Court.

Signed under the penalties of perjury, this 1st day of December 2005 in New York, New York.

/s/

JOSEPH B. SHUMOFSKY