Joseph B. Shumofsky (JS 2147)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Stewart D. Aaron (SA 1276)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

Attorneys for SCOTT-MACON SECURITIES, INC. and
SCOTT-MACON, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

SCOTT-MACON SECURITIES, INC.,

Plaintiff,

-v-

ZOLTEK COMPANIES, INC.,

Defendant.

Civ. No. 04 CV 2124 (MBM)

---------------------------------------------------- X

ZOLTEK COMPANIES, INC.,

Plaintiff,

-v-

SCOTT-MACON LIMITED,

Defendant.

Civ. No. 04 CV 4896 (MBM)

---------------------------------------------------- X

**SUPPLEMENTAL DECLARATION OF JOSEPH B. SHUMOFSKY**

I, Joseph B. Shumofsky, Esq., declare as follows:

1. I am associated with the law firm of Dorsey & Whitney LLP, co-counsel for the Scott-Macon Securities, Inc. and Scott-Macon, Ltd. in the above-captioned matters. This

declaration and the attached exhibits are submitted in support of Scott-Macon Securities, Inc.'s and Scott-Macon, Ltd.'s Post-Trial Reply Brief Addressing Damages.

2. Attached hereto as Exhibit A is a true and correct copy of the Form 8-K, dated November 30, 2005, which Zoltek filed with the SEC.

3. Attached hereto as Exhibit B is a true and correct copy of a Zoltek press release, dated December 1, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of placement tracker information from the Sagient Research website relating to Iroquois Capital L.P. See Tr. 31:13-32:5. This information was obtained via the internet.

Signed under the penalties of perjury, this 16th day of December 2005 in New York, New York.

/s/

JOSEPH B. SHUMOFSKY